Stephen HENRY *v.* STATE of Arkansas

CR 95-770                                   905 S.W.2d 69

Supreme Court of Arkansas
Opinion delivered September 11, 1995

*J. Slocum Pickell*, for appellant.

No response.

PER CURIAM. The appellant, Stephen Henry, has filed a motion for rule on the clerk. As appellant filed his notice of appeal one day prior to the entry of judgment, it was of no effect under our rules. *Brewer* v. *State*, 321 Ark. 220, 901 S.W.2d 11 (1995); Ark. R. App. P. 4.

■ We treat this motion as one for belated appeal and grant the motion. A copy of this opinion will be forwarded to the Committee on Professional Conduct.